UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 DEC 21 P 2:38
US DISTRICT COURT
HARTFORD

H-15-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | VIOLATIONS: |
| v. | : | 18 U.S.C. § 2422(b) (Attempted Enticement of a Minor to Engage in Sexual Activity) |
| | : | 18 U.S.C. § 2251(a) (Production of Child Pornography) |
| RICHARD BRUNO | : | 18 U.S.C. § 2428 (Forfeiture) |
| | : | 18 U.S.C. § 2253 (Forfeiture) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Attempted Enticement)

1. From on or about April 8, 2016, through and including May 5, 2016, in the District of Connecticut, the defendant RICHARD BRUNO did use a facility and means of interstate commerce, namely, a cellular phone and Internet-based messaging and photograph-sharing services, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years to engage in sexual activity for which any person can be charged with a criminal offense, namely, Attempt to Commit Sexual Assault in the Second Degree, in violation of Connecticut General Statutes, Sections 53a-49 and 53a-71.

In violation of Title 18, United States Code, Section 2422(b).

COUNT TWO
(Production of Child Pornography)

2. From in or about November 2015 until May 2016, the exact dates being unknown

to the Grand Jury, in the District of Connecticut, the defendant RICHARD BRUNO did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, including but not limited to videos bearing the file names "20140515005506.mpg" and "20140515004853.mpg," which were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Section 2251(a).

FORFEITURE ALLEGATION
(Attempted Enticement Forfeiture)

3. Upon conviction of the offense alleged in Count One of this Indictment, defendant RICHARD BRUNO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a) all right, title, and interest in any property used or intended to be used to commit or facilitate the commission of the said offense and all property constituting or traceable to proceeds obtained, directly or indirectly, including, but not limited to a Motorola model XT1254 cellular telephone, which was seized from the defendant's vehicle on May 5, 2016.

4. If any of the above-described forfeitable property, as a result of any act or omission of RICHARD BRUNO, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title, 18 United States Code, Section 2428, Title 21, United States

Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Production of Child Pornography Forfeiture)

5. Upon conviction of the offense alleged in Count Two of this Indictment, defendant RICHARD BRUNO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title, and interest in any property used or intended to be used to commit or promote the commission of the said offense, all property constituting or traceable to gross profits or other proceeds obtained from such offenses, and all visual depictions described in Title 18, United States Code, Sections 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including but not limited to a Verbatim brand external hard drive bearing serial number 975791192405205, which was seized from the defendant's residence on May 5, 2016.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant RICHARD BRUNO, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code Section 2253; Title 21, United States Code, Section 853; and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY