# CRIMINAL CALENDAR

---

The following CRIMINAL CASE will be presented by the Government in United States District Court, Federal Building, 141 CHURCH STREET, COURTROOM #3, NEW HAVEN, CONNECTICUT, on **Monday, May 8, 2017, at 2:00 P.M.**, before the Honorable Jeffrey A. Meyer, United States District Judge.

---

**CHANGE OF PLEA**

Nancy V. Gifford, AUSA

UNITED STATES

v.

RICHARD BRUNO
(Christopher Duby, Esq.)

**CRIMINAL NO.:** 3:16CR235 (JAM)

**COUNT TWO**
Title 18, U.S.C. § 2251(a);
(Production of Child Pornography)

**PENALTIES**:
Imprisonment: Mandatory min. 15 yrs. /
Maximum 30 yrs.
Supervised Release: MM 5 yrs. to life
Fine: $250,000
Special Assessment: $100.00
Additional special assessment: $5,000

TO: HONORABLE JEFFREY A. MEYER, UNITED STATES DISTRICT JUDGE

cc: UNITED STATES ATTORNEY'S OFFICES-NEW HAVEN-HARTFORD-BRIDGEPORT
UNITED STATES MARSHAL'S OFFICE-NEW HAVEN
UNITED STATES PROBATION OFFICE-NEW HAVEN
UNITED STATES CLERK'S OFFICE-NEW HAVEN
COURT REPORTER
SA Amy Noto, FBI
Chris Duby, Esq., 2258 Whitney Avenue, Suite 203, Hamden, CT 06518
Email: chris@cdubylaw.com